177 So. 560

## BENNIFIELD v. STATE.
### 6 Div. 173.

Supreme Court of Alabama.

Dec. 9, 1937.

Lipscomb & Lipscomb, of Bessemer, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

The appeal is from a judgment of conviction for murder in the first degree, with infliction of the death penalty.

There is no bill of exceptions, and the record proper presents no error to reverse.

Let the judgment stand affirmed.

Friday, January 28, 1938, is fixed as the date of execution of the sentence of the court.

Affirmed.

All the Justices concur.